UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Twin City Pipe Trades Service                       Civil 10-4046 DSD/FLN
Association, Inc.,

      Plaintiff,

v.                                                  O R D E R

Randy & Ruth, Inc.,

      Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 8, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this case is DISMISSED for lack of prosecution.

DATED: March 23, 2011

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court